# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CALVIN MITCHELL, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) CASE NO. 13-860-SCW ) |
| STEPHEN BAKER, WARDEN RICHARD HARRINGTON, KIMBERLY BUTLER and JOHN R. BALDWIN, | ) ) ) ) |
| Defendant(s). | |

## JUDGMENT IN A CIVIL CASE

Defendant RICHARD HARRINGTON was substituted by Defendant KIM BUTLER ON 6/2/14 (Doc. 86).

Defendant KIM BUTLER was granted summary judgment by an Order entered by Chief Judge Michael J. Reagan on 2/2/16 (Doc. 157).

THEREFORE, judgment is entered in favor of Defendant KIM BUTLER and against Plaintiff CALVIN MITCHELL. All remaining issues s are dismissed in accordance with Stipulation of Dismissal filed March 14, 2017 (Doc. 196).

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 31st day of May, 2017

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
   **Deputy Clerk**

Approved by  */s/ Stephen C. Williams*
   **United States Magistrate Judge**
   **Stephen C. Williams**